## Jack Lavern CARTER v. STATE.
### No. 17248.

Court of Criminal Appeals of Texas.
Feb. 27, 1935.

John Morison, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.